23, 1904.) Action by Louis Unverzaght and Edward J. Colwell against Anton H. Meyer. No opinion. Judgment and order unanimously affirmed, with costs.

VANCISE, Appellant, v. PETERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Oscar Vancise against Stephen L. Peterman.

PER CURIAM. Appeal dismissed, unless within 30 days from the date of service of a copy of this order, together with notice of entry thereof, the appellant print, file, and serve upon the respondent's attorney a printed case herein, in which event said motion is denied.

VANCISE, Appellant, v. PETERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Oscar Vancise against Stephen L. Peterman.

PER CURIAM. Appellant granted an extension of 20 days from the 15th day of November, 1904, in which to file and serve his printed papers on appeal, in addition to the extension heretofore granted by this court, upon condition that the appeal be placed upon the calendar for the next term of this court.

VAN DRESSER, Respondent, v. BRACE HOTEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Charles W. Van Dresser against the Brace Hotel Company. No opinion. Judgment and order affirmed, with costs.

In re DE VAUGRIGNEUSE. (Supreme Court, Appellate Division, First Department. November 11, 1904.) In the matter of Sarah M. De Vaugrigneuse, deceased. G. L. Craig, for appellant. J. S. Davenport, for respondent. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

VOLK, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by John Volk against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

WALSH v. GENERAL FIRE EXTINGUISHER CO. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Mary Walsh, as administratrix, against the General Fire Extinguisher Company. No opinion. Motion granted, so far as to dismiss appeal, upon payment of taxable costs.

WARD v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Kate Ward, as administratrix, against the Manhattan Railway Company. No opinion. Motion denied, with $10 costs.

WARING, Appellant, v. BOAS, Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Vechten Waring against Arthur E. Boas. No opinion. Order affirmed, with $10 costs and disbursements.

WARNER, Respondent, v. JAMES et al., Appellants. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by William C. Warner against Thomas L. James and others. J. E. Ruston, for appellants. H. E. Deming, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WARNER, Respondent, v. STEARNS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Elton D. Warner against Lester F. Stearns.

PER CURIAM. Ex parte order dated August 23, 1904, as modified by the order of the Special Term entered September 19, 1904, and said order of September 19th, are affirmed, with $10 costs and disbursements.

In re WATSON. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) In the matter of the final settlement of the accounts of George C. Watson, as executor, etc., of George Catchpole, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

In re WATSON. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) In the matter of the final accounting of George C. Watson, as executor, etc., of George Catchpole, deceased.

PER CURIAM. Upon stipulation, the order heretofore made and entered herein is amended, by awarding costs to the respondent Nettie E. Catchpole, payable out of the estate.

WATTENGEL, Respondent, v. ACKER PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by Mary Wattengel against the Acker Process Company. No opinion. Judgment affirmed, with costs.

In re WEEKS. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) In the matter of the application of H. Luther Weeks for a writ of certiorari, etc. No opinion. Motion for reargument granted, and case set down for the 14th day of November, 1904.

WEEKS, Appellant, v. VAN NESS, Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Count W. Weeks against Cornelius H. Van Ness. No opinion. Order affirmed, with $10 costs and disbursements.

In re WEHRUM. (Supreme Court, Appellate Division, First Department. October 14,